■ SYNAPSE SUSTAINABILITY TRUST, INC., Respondent, v CAR CHARGING GROUP, INC., Appellant, et al., Defendant. [6 NYS3d 518]—Appeal from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered January 2, 2014. The order granted the motion of plaintiff for a preliminary injunction and enjoined defendant Car Charging Group, Inc., from impeding or preventing plaintiff's sale of certain stock pursuant to their contract.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on March 16, 2015, and filed in the Onondaga County Clerk's Office on March 16, 2015,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Peradotto, Carni, Lindley and DeJoseph, JJ.

■ NICOLE MARTIN, Individually and as Parent and Natural Guardian of ANNA C. MARTIN, an Infant, Respondent, v TOWN OF GRAND ISLAND et al., Appellants. [6 NYS3d 924]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Drury, J.), entered March 10, 2014. The order denied defendants' motion for summary judgment.

Now, upon reading and filing the stipulation withdrawing appeal signed by the attorneys for the parties,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Peradotto, Carni, Lindley and DeJoseph, JJ.